Todd M. Friedman (216752)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@attorneysforconsumers.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ROBIN FINNIE,** | ) Case No. CV13-0395 PSG |
| Plaintiff, | ) **NOTICE OF SETTLEMENT** |
| vs. | ) |
| **MIDLAND CREDIT MANAGEMENT, INC., and DOES 1 to 20, INCLUSIVE,** | ) |
| Defendant. | ) _____ |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Voluntary Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 26th day of April, 2013.

By: s/Todd M. Friedman
     TODD M. FRIEDMAN
     Law Offices of Todd M. Friedman, P.C.
     Attorney for Plaintiff

Filed electronically on this 26th day of April, 2013, with:

Notice of Settlement - 1

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Paul S. Grewal
United States District Court
Northern District of California

Tomio B. Narita, Esq.
tnarita@snllp.com
Attorney for Defendant

Karen Boyd
boyd@turnerboyd.com
Turner Boyd LLP

This 26th day of April, 2013.

s/Todd M. Friedman
Todd M. Friedman