United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBIN FINNIE,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>MIDLAND CREDIT MANAGEMENT, INC., et al.,<br><br>　　　　　Defendants. | Case No.: C 13-0395 PSG<br><br>**STANDBY ORDER TO SHOW CAUSE** |

The court has been informed that the parties have reached a settlement.  Accordingly,

IT IS HEREBY ORDERED that the parties shall submit a stipulation to dismiss the case no later than July 1, 2013.

IT IS FURTHER ORDERED that if the parties do not file a stipulation to dismiss the case by the above-listed date, the parties shall appear before the court on Tuesday, July 9, 2013 at 10:00 a.m. to show cause why the case should not be dismissed.

Dated: April 29, 2013

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER