Todd M. Friedman (216752)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877 206-4741
Fax: 866 633-0228
tfriedman@attorneysforconsumers.com
Attorney for Plaintiff

TOMIO B. NARITA (156576)
tnarita@snllp.com
ARVIN C. LUGAY (242599)
alugay@snllp.com
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Phone: 415 283-1000
Fax: 415 352-2625
Attorney for Defendant,
Midland Credit Management, Inc.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBIN FINNIE,**<br><br>Plaintiff,<br><br>   vs.<br><br>**MIDLAND CREDIT MANAGEMENT, INC. and DOES 1 to 20, INCLUSIVE,**<br><br>Defendant. | Case No. **5:13-**cv-00395 PSG<br><br>**JOINT REQUEST TO DISMISS WITH PREJUDICE** |

   NOW COME THE PARTIES by and through their attorneys to respectfully

move this Honorable Court to dismiss with prejudice this matter pursuant to Federal

Stipulation to Dismiss- 1

Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and expenses. A proposed order has been concurrently submitted to this Court via email.

Respectfully submitted this 28th day of June, 2013

By: s/Todd M. Friedman
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

By: s/Tomio Narita, Esq.
SIMMONDS & NARITA LLP
Attorney for Defendant

Filed electronically on this 28th day of June, 2013, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Tomio B. Narita, Esq.
tnarita@snllp.com
Attorney for Defendant

Karen Boyd
boyd@turnerboyd.com
Turner Boyd LLP

This 28th day of June, 2013.

s/Todd M. Friedman
Todd M. Friedman