# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBIN FINNIE,** | ) Case No. 5:**13-cv-00395 PSG** |
| | ) |
| Plaintiff, | ) [~~**PROPOSED**~~] **ORDER TO DISMISS** |
| | ) **WITH PREJUDICE** |
| vs. | ) |
| | ) |
| **MIDLAND CREDIT MANAGMENT, INC., and DOES 1 TO 20 INCLUSIVE,** | ) |
| | ) |
| | ) |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice.

DATED: July 8, 2013

_____
Honorable Paul Singh Grewal